Albert M. Kingsley, as Administrator, etc., of Howard M. Kingsley, Deceased, Respondent, v. Finch, Pruyn & Company, Incorporated, Appellant.— Judgment and order reversed on the ground that there is no evidence of defendant's negligence, and new trial granted, with costs to appellant to abide event. No opinion. All concurred; Chester and Kellogg, JJ., concurring in the reversal on the ground that the verdict is against the weight of evidence.

Flora La Marche, as Administratrix, etc., of John B. La Marche, Deceased, Appellant, v. The International Paper Company, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting, upon the ground that there was question of fact for the jury.

Madison Merritt, Appellant, v. John Pierce, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

John Mahoney, Respondent, v. Cayuga Lake Cement Company, Appellant.— Ordered that case be certified to Fourth Department on account of disagreement of justices.

Mary E. Martine, as Administratrix, etc., of Godfrey R. Martine, Deceased, Appellant, v. Hudson Valley Railway Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Accounts of William A. Richardson, as Administrator, etc., of Elizabeth McArthur, late of the Town of Canton, Deceased, Respondent. The People of the State of New York, Appellant.— Decree unanimously affirmed, with costs. No opinion.

Alice E. Pray, Respondent, v. New York State National Bank, Albany, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant to answer on payment of costs of demurrer and of this appeal. No opinion. All concurred, except Smith, P. J., dissenting.

Susan F. Robinson, Appellant, v. Caroline Kelso and Others, Respondents.— Judgment affirmed, with costs. No opinion. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

Anna F. Ryan, Respondent, v. John J. Halligan, as Executor, etc., of Catherine Clark, Deceased, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within twenty days, to reduce the verdict to $500, in which case judgment and order affirmed, without costs. No opinion. All concurred.

Ernie Snyder, as Sole Administratrix, etc., of Jeremiah Snyder, Deceased, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Henry Shoemaker, Respondent, v. Security Mutual Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Smith, P. J., dissenting.

David A. Thompson, Respondent, v. Jonathan N. Carpenter and Others, Defendants. Hoosick River Pulp Company Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.